# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SOUTHEASTERN EMERGENCY**                                          **PLAINTIFF**
**PHYSICIANS LLC**

**v.**                      **Case No. 4:17-cv-00492-KGB**

**ARKANSAS HEALTH &**
**WELLNESS HEALTH PLAN, INC.,** *et al.*                             **DEFENDANTS**

## ORDER

Before the Court are two motions by defendants Arkansas Health & Wellness Health Plan, Inc. ("Arkansas Health Plan") and Celtic Insurance Company d/b/a Arkansas Health & Wellness Insurance Company ("Celtic"): (1) a motion for leave to file under seal defendants' response in opposition to plaintiff Southeastern Emergency Physicians, LLC's ("SEP") motion for leave to file second amended complaint and (2) an unopposed motion to extend time to respond to SEP's motion for leave to file second amended complaint (Dkt. Nos. 63, 64). For the reasons set forth below, the Court grants both motions (Dkt. Nos. 63, 64). Also before the Court is SEP's motion for leave to file under seal reply to response to motion for leave to file second amended complaint (Dkt. No. 73).

The Court previously granted SEP leave to file under seal its motion for leave to file a second amended complaint (Dkt. No. 59). On May 13, 2019, SEP filed its motion for leave to file a second amended complaint (Dkt. No. 60). Defendants now argue that their response to SEP's motion for leave to file a second amended complaint should be sealed because it will reference documents and other information that have been designated as "Attorneys' Eyes Only and/or Confidential Information" under the protective Order (Dkt. No. 63, ¶ 3). Defendants further argue that their response cannot be meaningfully redacted. Defendants also seek an unopposed extension

of time to file their response in opposition to SEP's motion for leave to file second amended complaint (Dkt. No. 64).

For good cause shown, the Court grants defendants' motion for leave to file under seal their response in opposition to SEP's motion for leave to file second amended complaint and their motion to extend time to respond to SEP's motion for leave to file second amended complaint (Dkt. Nos. 63, 64). The Clerk of Court is instructed to accept for filing under seal defendants' response in opposition to SEP's motion for leave to file second amended complaint. Defendants shall have up to and including June 26, 2019, to file their response in opposition to SEP's motion for leave to file second amended complaint. The Court grants SEP's motion for leave to file under seal the reply (Dkt. No. 73). The other pending motions remain under advisement.

It is so ordered this the 21st day of June 2019.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT COURT JUDGE