UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**SOUTHEASTERN EMERGENCY PHYSICIANS, LLC**  **PLAINTIFF**

**v.**  **CASE NO. 4:17-cv-492-BSM**

**ARKANSAS HEALTH & WELLNESS HEALTH
PLAN, INC.; CELTIC INSURANCE COMPANY
d/b/a ARKANSAS HEALTH & WELLNESS
INSURANCE COMPANY; NOVASYS HEALTH, INC.;
and CENTENE CORPORATION**  **DEFENDANTS**

## JOINT STIPULATION OF VOLUNTARY PARTIAL DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal without prejudice of the second amended complaint of plaintiff Southeastern Emergency Physicians, LLC ("SE Physicians") solely as to defendant Arkansas Health & Wellness Health Plan, Inc. The parties further jointly stipulate to the dismissal without prejudice of only Count III (Contract Implied-in-Law/Unjust Enrichment) of SE Physicians' second amended complaint as to all defendants. Except as provided in other orders, SE Physicians' second amended complaint otherwise remains pending in its entirety as to defendants Celtic Insurance Company d/b/a Arkansas Health & Wellness; NovaSys Health, Inc.; and Centene Corporation.

Respectfully submitted,

| | |
|---|---|
| WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201<br>Telephone: 501.371.0808<br>Facsimile:  501.376.9442<br>Email:   jhenry@wlj.com<br>           mthompson@wlj.com<br>           bdrennon@wlj.com<br>           jmoss@wlj.com<br><br>By: <u>Judy S. Henry</u><br>Judy Simmons Henry (84069)<br>Michael A. Thompson (2010146)<br>Baxter D. Drennon (2010147)<br>Jaimie G. Moss (2012228)<br><br>HANSHAW KENNEDY HAFEN, LLP<br>1415 Legacy Drive, Suite 350<br>Frisco, TX 75034<br>Telephone: 972.310.6500<br>Email: cdk@hanshawkennedy.com<br><br>Collin D. Kennedy<br>(*Pro Hac Admission*)<br><br>*Attorneys for Southeastern Emergency Physicians, LLC* | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, PC<br>1221 McKinney, Suite 2500<br>Houston, TX 77010<br>Telephone:713.655.1101<br>Email:  zavitsanos@azalaw.com<br>          leyendecker@azalaw.com<br>          mkillingsworth@azalaw.com<br><br>John Zavitsanos<br>P. Kevin Leyendecker<br>Michael Killingsworth<br>(*Pro Hac Admission*) |

Lyn P. Pruitt (Ark. Bar No. 84121)
Graham Talley (Ark. Bar No. 2015159)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
lpruitt@mwlaw.com
gtalley@mwlaw.com

AND

Steven M. Cady (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
scady@wc.com

*Attorneys for Defendants Arkansas Health & Wellness Health Plan, Inc.; Celtic Insurance Company d/b/a Arkansas Health & Wellness Insurance Company; NovaSys Health, Inc.; and Centene Corporation*