IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SOUTHEASTERN EMERGENCY PHYSICIANS LLC**                                        **PLAINTIFF**

**v.**               **CASE NO. 4:17-CV-00492-BSM**

**CELTIC INSURANCE COMPANY d/b/a ARKANSAS**
**HEALTH & WELLNESS INSURANCE COMPANY;**
**NOVASYS HEALTH, INC.; and**
**CENTENE CORPORATION**                                                               **DEFENDANTS**

___

**DEFENDANTS' MOTION TO ADMIT**
**THREE CATEGORIES OF RELEVANT EVIDENCE**
___

Defendants respectfully request that this Court admit three categories of relevant evidence,: (1) evidence of NovaSys Health member ID cards, attached hereto as Exhibit 1; (2) evidence of Defendants' employees' analysis of Plaintiff's upcoding of health insurance claims that Plaintiff submitted to Arkansas Health & Wellness, attached hereto as Exhibit 2; and (3) evidence of the government's establishment of a reasonable default payment rate for out-of-network ER providers that provide healthcare to people with Affordable Care Act health insurance. In support of that request, Defendants rely on the arguments in the accompanying brief.

Dated: August 13, 2020

Respectfully submitted,

Lyn P. Pruitt (Ark. Bar No. 84121)
Graham Talley (Ark. Bar No. 2015159)
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC**
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
lpruitt@mwlaw.com
gtalley@mwlaw.com

**AND**

Steven M. Cady (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
scady@wc.com

**AND**

C. David Goerisch, (Ark. Bar No. 95283)
R. Bradley Ziegler, (admitted *pro hac vice*)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
dgoerisch@lewisrice.com
bziegler@lewisrice.com

*Attorneys for Defendants Arkansas Health & Wellness Health Plan, Inc.; Celtic Insurance Company d/b/a Arkansas Health & Wellness Insurance Company; NovaSys Health, Inc.; and Centene Corporation*