

PO Box 25230
Little Rock, Arkansas 72221
(501) 219-4444 • (800) 294-3557
www.novasyshealth.com

Jane Doe
51 Mockingbird Lane
Little Rock, AR  72211

Enclosed you will find your new Medical Identification Card and membership packet.

Please carry your ID card with you at all times.  You will need to show this card when you go to the doctor, hospital or any other medical provider (excluding pharmacy).  Be sure to update any provider that currently has your insurance information on file. This will allow the provider access to information regarding benefits available to you through your group's Health Benefit Plan.

A detailed schedule of coverage is available on request, at no cost, from your Human Resources Manager.

Please contact your Human Resources Manager or the NovaSys Health Network Customer Service Department at (877) 362-9003 if you have any questions concerning this ID card or your benefits. Representatives are available Monday through Friday, 8:00 a.m. to 5:00 p.m. CST.





DEFENDANT'S EXHIBIT NO. 41

Remove your new Membership Identification Cards below and keep in a safe place.

| | |
|---|---|
| **NovaSys** HEALTH  Preferred Network | **NovaSys** HEALTH  Preferred Network |
| Group#: TP2200<br>Group:  HENDRIX COLLEGE<br>Employee:   Jane Doe<br>Member#:    DP219538701<br>Dependents: | Group#: TP2200<br>Group:  HENDRIX COLLEGE<br>Employee:   Jane Doe<br>Member#:    DP219538701<br>Dependents: |
| Copay:    PCP $15<br>Deductibles and Coinsurance May Apply | Copay:    PCP $15<br>Deductibles and Coinsurance May Apply |
| Claims and/or Benefits Inquiries Contact:<br>(877) 362-9003 • www.novasyshealth.com | Claims and/or Benefits Inquiries Contact:<br>(877) 362-9003 • www.novasyshealth.com |

Please return your identification card to your employer should your employment terminate or destroy if you are no longer a participant.

**Mail Claims to:**
NovaSys Health
PO Box 25228
Little Rock, AR 72221

Envoy / WebMD ID: 71080



Outside AR & NovaSys Service Area

**HOSPITAL PRE-CERTIFICATION**
Present this card to your hospital upon admission.
This is for identification purposes only and does not guarantee coverage.

Pre-certification: (800) 273-3291

Business hours (CST) are 8:00 a.m. to 5:00 p.m. Monday through Friday

U.S. Patent Pending    /2069

Please return your identification card to your employer should your employment terminate or destroy if you are no longer a participant.

**Mail Claims to:**
NovaSys Health
PO Box 25228
Little Rock, AR 72221

Envoy / WebMD ID: 71080



Outside AR & NovaSys Service Area

**HOSPITAL PRE-CERTIFICATION**
Present this card to your hospital upon admission.
This is for identification purposes only and does not guarantee coverage.

Pre-certification: (800) 273-3291

Business hours (CST) are 8:00 a.m. to 5:00 p.m. Monday through Friday

REALCARD

**AR HealthNet**
*Investing In Your Future Through Affordable Health Care Today*

PO Box 25330
Little Rock, Arkansas 72221
(800) 540-7566
www.arhealthnet.com

A1

John Doe
123 Main St.
Little Rock, AR 72211

Enclosed you will find your new Medical Identification Card and membership packet. Please carry your ID card with you at all times. You will need to show this card when you go to the doctor, hospital, pharmacy, or any other medical provider. This will allow the provider access to information regarding benefits available to you through your group's Health Benefit Plan.

Please fill out the mandatory health risk assessment by calling 1-800-763-4674 or accessing www.arhealthnetworks.com. A health benefit summary is enclosed. Please refer to this summary to assist you in understanding your coverage. Certain surgeries, outpatient procedures, major diagnostic testing and all inpatient services will require pre-certification. All Emergency Room visits will require a notification within 48 hours of the visit. Please call 1-877-362-9002 for all pre-certifications and notifications.

Remember that your insurance coverage has no out-of-network coverage. To find a provider that is in-network, please go to www.arhealthnetworks.com or call 1-800-540-7566 for the latest listings. You may also go to your employer contact for a copy of the Provider Directory.

Please contact the NovaSys Health Customer Service Department at 1-800-540-7566 if you have any questions concerning this ID card, eligibility, in-network providers or your benefits. Representatives are available Monday through Friday, 8:00 a.m. to 5:00 p.m. CST.

**Please fill out the mandatory health risk assessment by calling 1-800-763-4674 or accessing www.arhealthnet.com.**

Remove your new Membership Identification Cards below and keep in a safe place.



| **AR HealthNet** | **NovaSys** HEALTH | **AR HealthNet** | **NovaSys** HEALTH |
|---|---|---|---|
| Group#: AR1000<br>Group: Widgents Inc.<br>Employee: John Doe<br>Member#: AR000999909<br>Dependents: 02 Johnny | DHHS<br>ACHI | Group#: AR1000<br>Group: Widgents Inc.<br>Employee: John Doe<br>Member#: AR000999909<br>Dependents: 02 Johnny | DHHS<br>ACHI |
| Deductible: $100, EXCLUDING OFFICE VISITS<br>Coinsurance: 15% AFTER DEDUCTIBLE<br>Out-of-pocket: $1,000 ANNUAL MAXIMUM<br>Rx CoPay: $5, $15, $30<br>**Claims and/or Benefits Inquiries Contact:**<br>(800) 540-7566 • www.arhealthnet.com | | Deductible: $100, EXCLUDING OFFICE VISITS<br>Coinsurance: 15% AFTER DEDUCTIBLE<br>Out-of-pocket: $1,000 ANNUAL MAXIMUM<br>Rx CoPay: $5, $15, $30<br>**Claims and/or Benefits Inquiries Contact:**<br>(800) 540-7566 • www.arhealthnet.com | |

Case 4:17-cv-00492-BSM   Document 281-1   Filed 08/13/20   Page 4 of 8



**Mail Medical Claims to:**
**NovaSys Health**
**PO Box 25330**
**Little Rock, AR 72221**

**Envoy / WebMD ID: 71080**

EXPRESS SCRIPTS®   Express Scripts, Inc.
P.O. Box 66563
St. Louis, MO 63166

Rx Bin: 003858
RxPCN: A4
Grp: V3VA

**Member Customer Service: (888) 744-4584**
Pharmacist Use Only: (800) 824-0898
TDD: (800) 899-2114

Certain surgeries, outpatient procedures, major diagnostic testing and all inpatient services will require pre-certification. All Emergency Room visits will require a notification within 48 hours of the visit.

**PRE-CERTIFICATION AND NOTIFICATION: (877) 362-9002**

Business hours (CST) are 8:00 a.m. to 5:00 p.m. Monday through Friday



**Mail Medical Claims to:**
**NovaSys Health**
**PO Box 25330**
**Little Rock, AR 72221**

**Envoy / WebMD ID: 71080**

EXPRESS SCRIPTS®   Express Scripts, Inc.
P.O. Box 66583
St. Louis, MO 63166

Rx Bin: 003858
RxPCN: A4
Grp: V3VA

**Member Customer Service: (888) 744-4584**
Pharmacist Use Only: (800) 824-0898
TDD: (800) 899-2114

Certain surgeries, outpatient procedures, major diagnostic testing and all inpatient services will require pre-certification. All Emergency Room visits will require a notification within 48 hours of the visit.

**PRE-CERTIFICATION AND NOTIFICATION: (877) 362-9002**

Business hours (CST) are 8:00 a.m. to 5:00 p.m. Monday through Friday

U.S. Patent 7029001 B2

REALCARD®

2008-2009



**STATE OF ARKANSAS**
**Department of Finance and Administration**

**EMPLOYEE BENEFITS DIVISION**
501 Woodlane, Suite 500
Little Rock, AR 72201-1011
Post Office Box 15610
Little Rock, AR 72231-5610
Phone: (501) 682-9656
Toll Free: (877) 815-1017
www.arkansas.gov/dfa/ebd

RE: MEDICAL AND PRESCRIPTION CARD ENCLOSED

Dear ARHealth Member,

Card Effective Date: September 01, 2008

The card(s) contained in this letter are important to your health insurance coverage. These card(s) should replace your existing health insurance ID card effective as of the date above and after. This new ID card is BOTH your medical and your pharmacy ID card; use it when accessing both medical services and prescription services. EBD is providing this combined card as part of our continued effort to cut costs and also add convenience for you. Please note that the copayments and deductibles appropriate to your health and prescription plan (if applicable) are reflected on the card, along with plan member's names and other identification information. Should you require replacement cards or additional cards for your covered dependents, you may request them online at www.ARBenefits.org or by contacting our office: The Employee Benefits Division of DF&A.

It is not necessary for you to contact your benefits coordinator (Health Advantage, NovaSys Health or NMHC Rx) for replacement cards.

If you have questions about the cards or health benefits in general, please contact us at
1-877-815-1017 or 501-682-9656.

As required and allowed by applicable law, EBD has provided you with an electronic Summary Plan Description (SPD) which contains important information about the ARHealth plan as well as your General Rights Notice under COBRA (Consolidated Omnibus Budget Reconciliation Act of 1985). This important document, and other plan information such as the Preferred Drug List (PDL), can be accessed through www.ARBenefits.org. You have the right to request a paper version of the SPD by sending a letter to Employee Benefits Division, P.O. Box 15610, Little Rock, AR 72231, Attn: Information Services.

Card created 09/25/2008 00 48 09

---

**ARHealth** Self Funded — Open Access — NovaSys — PHCS Extended PPO

| | |
|---|---|
| RxBin: 601577 | Copay: $25/$35 |
| Grp/Plan: 0010010000 | ER: $100 |
| Issuer: (80840) | Rx Copay: $10/$30/$60 |
| ID: XXXXXXXXXXX | Pre-certification: (800) 592-0358 |
| Name: | |
| DOB: 08/23/2008 | |

NovaSys Health Claims
P. O. Box 25310
Little Rock, AR 72221
Envoy/WebMD ID: 71080

Customer Service:
888-870-8103/www.novasyshealth.com
MultiPlan Complimentary

**ARHealth** Self Funded — Open Access — NovaSys — PHCS Extended PPO

| | |
|---|---|
| RxBin: 601577 | Copay: $25/$35 |
| Grp/Plan: 0010010000 | ER: $100 |
| Issuer: (80840) | Rx Copay: $10/$30/$60 |
| ID: XXXXXXXXXXX | Pre-certification: (800) 592-0358 |
| Name: | |
| DOB: 08/23/2008 | |

NovaSys Health Claims
P. O. Box 25310
Little Rock, AR 72221
Envoy/WebMD ID: 71080

Customer Service:
888-870-8103/www.novasyshealth.com
MultiPlan Complimentary

**ATTENTION:** This identification card does not constitute proof of eligibility. To verify benefits, eligibility, or for claim status, contact Customer Service at the number listed on the front of this card.

**Emergency Care:** For out of Network hospital admission, contact the benefit coordinator's customer service number listed on the front of this card within 24 hours.

**Behavioral Health/Mental Health/Substance Abuse:** All members, except for Medicare primary members, should contact CORPHEALTH at 1-866-378-1645.
   Mental Health Claims (All benefits must be pre-authorized):
     CORPHEALTH, 10816 Executive Center Drive, Suite 206, Little Rock, AR 72211

**Utilization Review:** Provided by American Health Holding at 1-800-592-0358

**Pharmacy Program:** This card serves as your medical and prescription drug card *only* if the RX copay or coverage information is listed on the front side.
Please call 1-866-309-8428 with pharmacy questions.

Demographic changes and additional ID card requests can be made online at www.ARBenefits.org. For eligibility requirements, contact Employee Benefits Division at 1-877-815-1017

**Outside AR & Network Affiliates:** Please contact the number listed on the front of the card.

**ATTENTION:** This identification card does not constitute proof of eligibility. To verify benefits, eligibility, or for claim status, contact Customer Service at the number listed on the front of this card.

**Emergency Care:** For out of Network hospital admission, contact the benefit coordinator's customer service number listed on the front of this card within 24 hours.

**Behavioral Health/Mental Health/Substance Abuse:** All members, except for Medicare primary members, should contact CORPHEALTH at 1-866-378-1645.
   Mental Health Claims (All benefits must be pre-authorized):
     CORPHEALTH, 10816 Executive Center Drive, Suite 206, Little Rock, AR 72211

**Utilization Review:** Provided by American Health Holding at 1-800-592-0358

**Pharmacy Program:** This card serves as your medical and prescription drug card *only* if the RX copay or coverage information is listed on the front side.
Please call 1-866-309-8428 with pharmacy questions.

Demographic changes and additional ID card requests can be made online at www.ARBenefits.org. For eligibility requirements, contact Employee Benefits Division at 1-877-815-1017

**Outside AR & Network Affiliates:** Please contact the number listed on the front of the card.



PO Box 25230
Little Rock, Arkansas 72221
(501) 219-4444 • (800) 294-3557
www.novasyshealth.com



Remove your new Membership Identification Cards below and keep in a safe place.





Claims and/or Benefits Inquiries Contact:
(877) 362-9003 • www.novasyshealth.com

Claims and/or Benefits Inquiries Contact:
(877) 362-9003 • www.novasyshealth.com

Please return your identification card to your employer should your employment terminate or destroy if you are no longer a participant.

**Mail Claims to:**
**NovaSys Health**
**PO Box 25228**
**Little Rock, AR 72221**

Outside the NovaSys Service Area
PHCS MultiPlan

**Envoy / WebMD ID: 71080**

**HOSPITAL PRE-CERTIFICATION**
Present this card to your hospital upon admission.
This is for identification purposes only and does not guarantee coverage.

**Pre-certification: (800) 273-3291**

Business hours (CST) are 8:00 a.m. to 5:00 p.m. Monday through Friday

Please return your identification card to your employer should your employment terminate or destroy if you are no longer a participant.

**Mail Claims to:**
**NovaSys Health**
**PO Box 25228**
**Little Rock, AR 72221**

Outside the NovaSys Service Area
PHCS MultiPlan

**Envoy / WebMD ID: 71080**

**HOSPITAL PRE-CERTIFICATION**
Present this card to your hospital upon admission.
This is for identification purposes only and does not guarantee coverage.

**Pre-certification: (800) 273-3291**

Business hours (CST) are 8:00 a.m. to 5:00 p.m. Monday through Friday

U.S. Patent Pending   /2069

REALCARD