All Physicians - Emergency Room Evaluation and Management CPT Codes

|            | 99285 % | 99284 % | 99283 % | 99282 % | 99281 % |
|------------|---------|---------|---------|---------|---------|
| All years  | 26.95%  | 30.35%  | 37.71%  | 4.32%   | 0.67%   |
| 2020       | 25.49%  | 22.67%  | 45.85%  | 5.12%   | 0.86%   |
| 2019       | 24.77%  | 20.73%  | 49.65%  | 4.09%   | 0.76%   |
| 2018       | 30.36%  | 32.54%  | 31.99%  | 4.43%   | 0.68%   |
| 2017       | 29.63%  | 33.11%  | 32.36%  | 4.16%   | 0.74%   |
| 2016       | 27.68%  | 34.27%  | 33.45%  | 3.97%   | 0.63%   |
| 2015       | 23.99%  | 35.54%  | 36.19%  | 3.88%   | 0.40%   |
| 2014       | 20.42%  | 34.90%  | 39.39%  | 4.97%   | 0.31%   |
|            | 26.95%  | 30.35%  | 37.71%  | 4.32%   | 0.67%   |

SEP Only - Emergency Room Evaluation and Management CPT Codes

|            | 99285 % | 99284 % | 99283 % | 99282 % | 99281 % |
|------------|---------|---------|---------|---------|---------|
| All years  | 41.01%  | 32.56%  | 26.01%  | 0.22%   | 0.19%   |
| 2020       | 41.65%  | 33.45%  | 24.49%  | 0.24%   | 0.17%   |
| 2019       | 40.36%  | 26.84%  | 32.46%  | 0.11%   | 0.25%   |
| 2018       | 46.22%  | 32.67%  | 20.48%  | 0.36%   | 0.28%   |
| 2017       | 37.46%  | 37.18%  | 24.84%  | 0.37%   | 0.15%   |
| 2016       | 41.22%  | 32.25%  | 26.27%  | 0.06%   | 0.19%   |
| 2015       | 40.10%  | 31.18%  | 28.62%  | 0.00%   | 0.10%   |
| 2014       | 38.33%  | 33.43%  | 28.24%  | 0.00%   | 0.00%   |
|            | 41.01%  | 32.56%  | 26.01%  | 0.22%   | 0.19%   |

EXHIBIT 2



DEFENDANT'S EXHIBIT NO. 42