

July 10, 2020

<u>Via Electronic Mail (jhenry@wlj.com)</u>

Judy Henry et al.
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

*Counsel for Plaintiff SE Physicians, Inc.*

**Re:   Supplement to My Expert Report in SEP v. Arkansas Health & Wellness et al.**

Dear Counsel:

In light of new materials disclosed by Plaintiff last week, I write to supplement my expert report in this matter, dated April 15, 2019, and the opinions that we discussed in my deposition in this matter on May 13, 2020. I note that Plaintiff's expert similarly supplemented her report this week.

It is my understanding per counsel for Defendants that last week, on the evening of June 29, 2020, Plaintiff disclosed for the first time medical records that allegedly support the medical bills that Plaintiff has put at issue in this case. It is also my understanding the medical records that were disclosed consisted of approximately 26,000 PDFs comprising an estimated 390,000 pages with no index.

Counsel for Defendants asked me to analyze a random sample of the records to determine whether my opinions should be supplemented based on newly disclosed information included in these medical records. The medical records are relevant to my opinions in this matter because my opinions focus on whether Defendants allowed reasonable value for *services rendered* by Plaintiff to members enrolled in Defendants' health insurance exchange plans.

The Defendants reimbursed Plaintiff for services based on the level of emergency room service reported on bills as submitted by the Plaintiff to the Defendants. There are five CPT codes associated with various levels of emergency room services.[1] The higher level CPT codes typically result in higher payments from Defendants to Plaintiff. To the extent the level of CPT code included on the Plaintiff's bill is not supported by information included in the patient's medical record, the amount reimbursed by the Defendants to the Plaintiff could exceed reasonable value. For example, based on information included in my expert report dated April 15, 2019, the median amounts allowed by Defendants to Plaintiff for CPT codes 99283, 99284,

---

[1] "CPT® codes are the United States' standard for how medical professionals document and report medical, surgical, radiology, laboratory, anesthesiology, and evaluation and management (E/M) services. All healthcare providers, payers, and facilities use CPT® codes." https://www.aapc.com/resources/medical-coding/cpt.aspx



EXHIBIT 3



and 99285 were approximately $77, $148, and $218 respectively. To the extent claims submitted by the Plaintiff included CPT code 99285 and, based upon information included in the medical record, should have instead included CPT code 99283 or 99284, the Defendants most likely overpaid these claims.[2]

To test whether information in the Plaintiff's medical records supported the CPT code included on the Plaintiff's bills submitted for reimbursement by Defendants, my team randomly selected a probe sample of 30 of the medical bills at issue that were coded with CPT code 99285 for review. Cher Fieri, a certified medical coder on my team, reviewed the medical records that allegedly support the first five of these randomly selected medical bills. She had the following findings based on her review:

- All five of these medical bills were "upcoded"
- Four of the medical bills should have been coded 99284
- One of the medical bills potentially should have been coded 99283

As a result of Ms. Fieri's preliminary findings, counsel for Defendants asked my team to continue the review of medical records supporting all 30 of the randomly selected medical bills comprising the probe sample of the bills that Plaintiff has put at issue in this case. I will supplement this letter with those results.

Based on the above, it is my opinion that Defendants have overpaid Plaintiff on at least a portion of the medical bills that Plaintiff put at issue in this litigation. This finding further supports the opinion included in my expert report dated April 15, 2019 that "***Amounts allowed by Arkansas Health on SE Physicians disputed claims, in aggregate, appear reasonable.***"

Respectfully Submitted By:

*[signature: Kevin O'Brien]*

Kevin O'Brien

---

[2] It should be noted that TeamHealth, Plaintiff's parent company, performed the CPT coding and billing for claims at issue in this case. Additionally, I have been informed by counsel that TeamHealth has been sued in the past for "upcoding." See United States ex rel. Hernandez v. TeamHealth, Inc., No. 2:16-CV-00432-JRG, 2020 WL 731446 (E.D. Tex. Feb. 13, 2020). Upcoding happens when a medical provider—in this case, a medical staffing and billing company—assigns an inaccurate billing code to a medical service performed in order to increase the payment for that service (https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/Downloads/Fraud-Abuse-MLN4649244.pdf).



July 16, 2020

<u>Via Electronic Mail (jhenry@wlj.com)</u>

Judy Henry et al.
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

*Counsel for Plaintiff SE Physicians, Inc.*

**Re:    Supplement to My Expert Report in SEP v. Arkansas Health & Wellness et al.**

Dear Counsel:

I write to supplement my letter of July 10, 2020 to provide additional information regarding our review of the medical records that Plaintiff recently produced to determine whether they support the CPT codes that Plaintiff billed and put at issue in this case.

As I described in my July 10, 2020 letter, my team randomly selected a probe sample of 30 of the medical bills at issue that Plaintiff coded with CPT code 99285 for review. Cher Fieri, a Certified Professional Coder, Certified Outpatient Coder and Certified Risk Adjustment Coder on my team, has now reviewed the remaining medical records provided by Plaintiff that allegedly support these 30 randomly selected medical bills. She had the following findings based on her review of documentation available to her to date:

- Documentation reviewed did not always support a face-to-face encounter with the physician when the ED team included a non-physician practitioner;[1]
- One of the 30 medical records could not be evaluated due to a missing physician visit note;
- 18 of the 29 medical records reviewed did not support the CPT code that appeared on the medical bill;
- The 18 medical bills that were "upcoded" represent 62% of the medical bills reviewed containing CPT code 99285;
- 13 of the 18 "upcoded" medical bills should have been assigned CPT code 99284;
- Five of the 18 "upcoded" medical bills should have been assigned CPT code 99283;
- 11 of the 29 reviewed medical bills were correctly assigned CPT code 99285.

As of April 15, 2019, the date of my expert report, Plaintiff put at issue approximately 7,000 medical bills. These included approximately 2,700 medical bills, or 40%, that were assigned CPT code 99285. Based on the analysis described in my expert report dated April 15, 2019, the

---
[1] For example, SOUTHEASTERN111260 - SOUTHEASTERN111277



median amounts allowed by Defendants to Plaintiff for CPT codes 99283, 99284, and 99285 were approximately $77, $148, and $218 respectively. Consequently, these findings further support the opinion included in my expert report dated April 15, 2019 and my supplement dated July 10, 2020 that the "***Amounts allowed by Arkansas Health on SE Physicians disputed claims, in aggregate, appear reasonable.***"

Respectfully Submitted By:

Kevin L. O'Brien
Executive Director

2

Berkeley Research Group, LLC

Sample Extract: SEP Disputed Underpaid Accounts - Limited to Billed CPT Containing 99285
Fieri Coding Review

| Sample Num BRG | DOB | POLICY_NUM [1] | DOS | ACCOUNT_NUM | BILLED_PROVIDER | BILLED_CPT | Medical Record Bates | Review By | Date | CC | History Level | Exam Level | MDM | BRG Audit Code | Agree/Disagree with Submitted Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/12/1971 | U9073454501 | 6/7/2017 | 189027855/400 | GARIBALDI MD,BRYON | 99285*93010 | SOUTHEASTERN125954, SOUTHEASTERN125956 | CF | 8-Jul | Chest Pain | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 2 | 12/4/1982 | U9121996001 | 4/30/2017 | 186634896/400 | GRANTHAM MD,BRIAN WESTON | 99285 | SOUTHEASTERN043547, SOUTHEASTERN043549 | CF | 8-Jul | Diarrhea & Vomiting | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 3 | 7/15/1963 | U9051980501 | 12/21/2016 | 179526660/400 | ANTUNA DO,JOHN CHARLES | 99285 | SOUTHEASTERN263581, SOUTHEASTERN263628 | CF | 8-Jul | Headache | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 4 | 7/7/1975 | U9067926501 | 5/12/2016 | 168079085/400 | STEWART MD,BRADFORD | 99285 | SOUTHEASTERN142370, SOUTHEASTERN142372 | CF | 8-Jul | Headache | Comprehensive | Detailed | Moderate | 99284 | Disagree |
| 5 | 8/19/1967 | U9027659701 | 10/25/2015 | 158348986/400 | STEWART MD,BRADFORD | 99285 | SOUTHEASTERN339732, SOUTHEASTERN339734 | CF | 8-Jul | Cerebralvascular Accident | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 6 | 3/24/1981 | U0001381601 | 5/28/2018 | 214073088/400 | FRANK MD,JOHN C | 99285*99053 | SOUTHEASTERN374613, SOUTHEASTERN374735 | CF | 14-Jul | Abdominal Pain/Rectal Bleeding | Comprehensive | Comprehensive | High | 99285 | Agree |
| 7 | 10/22/1972 | U9121436101 | 5/6/2018 | 212375150/400 | JACKSON MD,HUGH H | 99285 | SOUTHEASTERN358741, SOUTHEASTERN358795 | CF | 14-Jul | Back/Flank Pain | Comprehensive | Comprehensive | High | 99285 | Agree |
| 8 | 3/19/1985 | U9055718401 | 7/13/2017 | 191102925/400 | HANEY MD,KAREN | 99285 | SOUTHEASTERN302120, SOUTHEASTERN302144 | CF | 10-Jul | Abdominal Pain (right side) | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 9 | 8/8/1995 | U9122244301 | 3/18/2018 | 208596757/400 | LYERLY MD,MICHAEL SHANE | 99285 | SOUTHEASTERN384822, SOUTHEASTERN384824 | CF | 14-Jul | Flu Like Symptoms | Comprehensive | Comprehensive | L-M | 99283 | Disagree |
| 10 | 11/5/1993 | U9003683201 | 4/25/2015 | 149655068/400 | HAWKINS MD,DAWN RENEE | 99285 | SOUTHEASTERN273930, SOUTHEASTERN274047 | CF | 10-Jul | Abdominal Pain | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 11 | 9/2/1985 | U9142246201 | 4/13/2018 | 210696298/400 | MCCLINTON III MD,ERNEST | 99285 | SOUTHEASTERN021290, SOUTHEASTERN021292 | CF | 14-Jul | Fever (102) Body Aches, Headache | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 12 | 11/27/1989 | U9029116201 | 9/25/2017 | 195542695/400 | STEWART MD,BRADFORD | 99285 | SOUTHEASTERN029893, SOUTHEASTERN029895 | CF | 11-Jul | Insect Bite | Comprehensive | Comprehensive | L-M | 99283 | Disagree |
| 13 | 11/14/1977 | U9126862805 | 7/5/2017 | 191010709/400 | HOLLAND DO,BRADLY S | 99285 | SOUTHEASTERN164303, SOUTHEASTERN164316 | CF | 11-Jul | Chest Pain | | | | | No Visit Note Provided in Documentation |
| 14 | 12/6/1976 | U9122593501 | 3/20/2017 | 184457529/400 | RICHARDSON DO,STACY EMMANUEL | 99285*93010*99053 | SOUTHEASTERN355578, SOUTHEASTERN355580 | CF | 11-Jul | Chest Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 15 | 10/21/1975 | U9076266801 | 10/22/2017 | 197371133/400 | STEVENSON MD,ZACHARY | 99285*93010 | SOUTHEASTERN281734, SOUTHEASTERN281736 | CF | 11-Jul | Chest Pain (Vomitting) | Comprehensive | Comprehensive | H | 99285 | Agree |
| 16 | 10/13/1973 | U9072651601 | 4/9/2017 | 185813913/400 | RICHARDSON DO,STACY EMMANUEL | 99285 | SOUTHEASTERN019161, SOUTHEASTERN019163 | CF | 11-Jul | Flank Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 17 | 10/4/1986 | U9137344001 | 11/20/2017 | 199897590/400 | BERKENSTOCK MD,ORAN LEE | 99285*93010*99053 | SOUTHEASTERN266507, SOUTHEASTERN266509 | CF | 11-Jul | Heart Pain | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 18 | 12/21/1976 | U9008450501 | 6/16/2016 | 169766209/400 | HUGGINS MD,KIMBERLY SUE | 99285 | SOUTHEASTERN335895, SOUTHEASTERN335937 | CF | 11-Jul | Epigastric Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 19 | 8/13/1991 | U9077210201 | 6/30/2018 | 216470128/400 | JACKSON MD,HUGH H | 99285 | SOUTHEASTERN022794, SOUTHEASTERN022865 | CF | 14-Jul | Swelling, Aches | Comprehensive | Comprehensive | H | 99285 | Agree |
| 20 | 3/8/1968 | U9222143301 | 4/26/2018 | 211644568/400 | GRANTHAM MD,BRIAN WESTON | 99285*93010*99053 | SOUTHEASTERN352691 | CF | 14-Jul | Back and Chest Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 21 | 6/9/1986 | U9044088301 | 10/10/2016 | 175781913/400 | VO MD,HALEY | 99285 | SOUTHEASTERN062490, SOUTHEASTERN062543 | CF | 11-Jul | Headache | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 22 | 3/1/1979 | U9202024701 | 1/4/2018 | 203119571/400 | GRANTHAM MD,BRIAN WESTON | 99285 | SOUTHEASTERN194722, SOUTHEASTERN194724 | CF | 14-Jul | Vaginal Bleeding | Comprehensive | Comprehensive (did not reference GU but did order transvaginal Ultrasound) | H | 99285 | Agree |
| 23 | 4/8/1962 | U9119145501 | 1/4/2017 | 180325657/400 | FARRAR MD,THOMAS C | 99285 | SOUTHEASTERN064519, SOUTHEASTERN064521 | CF | 11-Jul | Abdominal Pain | Comprehensive | Comprehensive | M-H | 99285 | Agree |
| 24 | 5/6/1987 | U9073450001 | 12/31/2016 | 180047849/400 | STEVENSON MD,ZACHARY | 99285*93010 | SOUTHEASTERN090926, SOUTHEASTERN090928 | CF | 12-Jul | Seizures | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 25 | 5/1/1992 | U9139220701 | 8/15/2017 | 193092470/400 | HENRY MD,WILLIAM W JR | 99285 | SOUTHEASTERN329972, SOUTHEASTERN329974 | CF | 12-Jul | Headache (migraine) | Comprehensive | Comprehensive | L-M | 99283 | Disagree |
| 26 | 12/31/1976 | U9118915801 | 10/22/2017 | 197371408/400 | BERKENSTOCK MD,ORAN LEE | 99285*93010 | SOUTHEASTERN180029, SOUTHEASTERN180031 | CF | 12-Jul | Chest Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 27 | 4/18/1971 | U9120815901 | 4/23/2018 | 211346842/400 | RICHARDSON DO,STACY EMMANUEL | 99285*99053 | SOUTHEASTERN141350, SOUTHEASTERN141352 | CF | 14-Jul | Abdominal Pain | Comprehensive | Detailed | H | 99284 | Disagree |
| 28 | 7/21/1992 | U9000989301 | 4/3/2017 | 185326043/400 | HILLIS JR MD,THOMAS MICHAEL | 99285 | SOUTHEASTERN111260, SOUTHEASTERN111303 | CF | 12-Jul | Pelvic Pain | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 29 | 9/16/1992 | U9005137001 | 6/30/2016 | 170531354/400 | WEDDLE DO,JOHN | 99285 | SOUTHEASTERN300386, SOUTHEASTERN300420 | CF | 12-Jul | Abnormal Test Results | Expanded Problem Focus | Comprehensive | M | 99283 | Disagree |
| 30 | 5/26/1991 | U9003916901 | 6/21/2016 | 170107980/400 | CLARK MD,TERESA | 99285 | SOUTHEASTERN396657, SOUTHEASTERN396688 | CF | 12-Jul | Anxiety | Expanded Problem Focus | Comprehensive | L-M | 99283 | Disagree |

Note(s):
[1] For eight of the sampled records (in red), the policy number provided in the disputed claims spreadsheet appears to be incorrect. BRG searched the produced medical records by patient date of birth, date of service, and billed provider in order to locate these eight medical records in the production. BRG then asked Defendants to confirm that the patient name in their claims data system matched the names found on the medical record.

Source:
CONFIDENTIAL SOUTHEASTERN 1250.xlsx

Berkeley Research Group, LLC

**Windows RAT-STATS**
**Statistical Software**
**Random Number Generator**

**Date:** 7/6/2020    **Time:** 10:01
**Audit:** SEP Underpaid Claims 99285 Sample

| Order | Value | Seed Number | Frame Size |
|---|---|---|---|
| 1 | 342 | 36099.99 | 2,727 |
| 3 | 688 | | |
| 5 | 1062 | | |
| 4 | 1829 | | |
| 2 | 2444 | | |

*Spares*

| Order | Value |
|---|---|
| 6 | 2189 |
| 7 | 1522 |
| 8 | 850 |
| 9 | 999 |
| 10 | 96 |
| 11 | 1452 |
| 12 | 1766 |
| 13 | 825 |
| 14 | 1969 |
| 15 | 2085 |
| 16 | 2398 |
| 17 | 2515 |
| 18 | 1897 |
| 19 | 2630 |
| 20 | 1497 |
| 21 | 185 |
| 22 | 402 |
| 23 | 706 |
| 24 | 694 |
| 25 | 1341 |
| 26 | 2086 |
| 27 | 1487 |
| 28 | 2007 |
| 29 | 1916 |
| 30 | 1910 |

DRAFT

*Privileged and Confidential*
*Attorney Work Product*