# United States District Court
## Eastern District of Arkansas

**SOUTHEASTERN EMERGENCY PHYSICIANS, LLC**
V.
**ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC. et al.**

**EXHIBIT AND WITNESS LIST**
CASE NUMBER: 4:17-cv-00492-BSM

| | |
|---|---|
| PRESIDING JUDGE | Brian S. Miller |
| PLAINTIFF'S ATTORNEY | Lyn P. Pruitt |
| DEFENDANT'S ATTORNEY | Judy S. Henry |
| TRIAL DATE(S) | August 3, 2020 |
| COURT REPORTER | Suzanne McKennon |
| COURTROOM DEPUTY | Raeanne Gardner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/3/20 | | X ✓ | LOA between NovaSys Health & "Team Health" |
| 2 | | 8/3/20 | | X ✓ | Nework Access Services Agreement between Celtic and Novasys |
| 3 | | | | | INTENTIONALLY OMITTED |
| 4 | | | | | INTENTIONALLY OMITTED |
| 5 | | 8/3/20 | | X ✓ | Email from Slover to Meldrum Re: LOA: SEP & SEPM |
| 6 | | | | | INTENTIONALLY OMITTED |
| 7 | | | | | INTENTIONALLY OMITTED |
| 8 | | | | | INTENTIONALLY OMITTED |
| 9 | | | | | INTENTIONALLY OMITTED |
| 10 | | 8/3/20 | | X ✓ | Email from Meldrum to Slover Re: SEP & SEPM |
| 11 | | 8/3/20 | | X ✓ | Email from McArthur to Meldrum Re: Novasys PCM # 58913 01 09 2012 Accounts not paid per contract rates |
| 12 | | 8/3/20 | | X ✓ | Email from Jonas to Hackbart Re: Check Numbers and payment dates |
| 13 | | 8/4/20 | | ✓ | Email from Neal to Meldrum and Jonas Re: Conference Call |
| 14 | | 8/4/20 | | ✓ | Email from Neal to Meldrum and Jonas Re: Conference Call |
| 15 | | 8/3/20 | | X ✓ | Email from Meldrum to Hackbart RE Team Health ER claims for adjustment |
| 16 | | 8/3/20 | | X ✓ | Email from Meldrum to Hackbart RE Team Health ER claims for adjustment |
| 17 | | | | | INTENTIONALLY OMITTED |
| 18 | | 8/4/20 | | ✓ | Email from Jonas to Hackbart Re: Novasys |
| 19 | | 8/4/20 | | ✓ | Correspondence from Meldrum to SE Emergency Physicians |
| 20 | | 8/4/20 | | ✓ | Email from Ryan to Stewart & Holman Re: Revised Estimated Arkansas Region Checkbooks |
| 21 | | 8/3/20 | | X ✓ | Article – AHWS Receives Approval to Participate |
| 22 | | 8/3/20 | | X ✓ | Email form Slover to Meldrum RE Exchange Product |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 7 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC

V.

ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC. et al.

CASE NUMBER: 4:17-cv-00492-BSM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | INTENTIONALLY OMITTED |
| 24 | | 8/4/20 | ✓ | | Ambetter Quick Reference Guide |
| 25 | | 8/3/20 | | X ✓ | Policy & Procedure - Non-Par Payment Policy |
| 26 | | | | | Email from Evers to Suggs |
| 27 | | | | | Meeting Request Re: CMS Complaints |
| 28 | | 8/6/20 | | ✓ | Email from Richardson Re: Marketplace Lessons Learned |
| 29 | | | | | INTENTIONALLY OMITTED |
| 30 | | | | | INTENTIONALLY OMITTED |
| 31 | | | | | INTENTIONALLY OMITTED |
| 32 | | | | | INTENTIONALLY OMITTED |
| 33 | | | | | INTENTIONALLY OMITTED |
| 34 | | | | | INTENTIONALLY OMITTED |
| 35 | | | | | INTENTIONALLY OMITTED |
| 36 | | | | | Email from Kroll Re: Centene Corp. (CNC: Neutral): Solid quarter, >50% top-line growth and tax benefits |
| 37 | | | | | INTENTIONALLY OMITTED |
| 38 | | | | | INTENTIONALLY OMITTED |
| 39 | | | | | INTENTIONALLY OMITTED |
| 40 | | | | | Celtic Insurance Company - Annual Statement for the Year Ending 12/31/2014 |
| 41 | | 8/3/20 | | X ✓ | Insurance Card 2015 |
| 42 | | | | | Minutes of the Quarterly Meeting of the Board of Directors of Celtic Insurance Company |
| 43 | | | | | INTENTIONALLY OMITTED |
| 44 | | | | | INTENTIONALLY OMITTED |
| 45 | | 8/3/20 | | X ✓ | 12/2015 Email from Tibbits to info@celtic.com making initial contact |
| 46 | | | | | 12/23/15 Portman email do not communicate with TeamHealth |
| 47 | | 8/3/20 | | X ✓ | 12/23/15 Portman email do not respond to TeamHealth |
| 48 | | | | | Email from Martinez to Watters Wreschinsky RE Celtic Insurance Co. ACA Exchange & Southeastern Emergency Physicians LLC |
| 49 | | | | | INTENTIONALLY OMITTED |

Page   2   of   7   Pages

AO 187A (Rev. 7/87)       EXHIBIT AND WITNESS LIST - CONTINUATION

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC     v.    ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC. et al.    CASE NUMBER: 4:17-cv-00492

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | INTENTIONALLY OMITTED |
| 51 | | | | | INTENTIONALLY OMITTED |
| 52 | | | | | INTENTIONALLY OMITTED |
| 53 | | | | | INTENTIONALLY OMITTED |
| 54 | | | | | Novasys Financial Statements 2014-2015 |
| 55 | | | | | Celtic 2015 MLR |
| 56 | | | | | Celtic Insurance Company - Annual Statement for the Year Ending 12/31/2015 |
| 57 | | 8/3/20 | X | ✓ | Insurance Card 2016 |
| 58 | | 8/3/20 | X | ✓ | 12/23/15 Portman email advising to send emails from TH to him and response |
| 59 | | | | | Email from Bymers to Tibbits RE: Reimbursement Proposal |
| 60 | | 8/3/20 | X | ✓ | Email from Tibbits to Smith RE: Contracting (Ambetter AR) |
| 61 | | 8/3/20 | X | ✓ | Email from Tibbits to Smith RE: Contracting (Ambetter AR) |
| 62 | | 8/3/20 | X | ✓ | Email from Tibbits to McKinney RE: Conctracting (Ambetter AR) |
| 63 | | 8/3/20 | X | ✓ | Email from Tibbits to McKinney Re: Contracting (Ambetter AR) |
| 64 | | 8/3/20 | X | ✓ | Email from Shrader from Tibbits RE: Southeastern Emergency Pysicians, LLC Agrment - Secure |
| 65 | | 8/3/20 | X | ✓ | Email from Shrader to Parks, Lempert cc: Bristow RE: Pay 9 |
| 66 | | | | | INTENTIONALLY OMITTED |
| 67 | | | | | AID Letter |
| 68 | | | | | INTENTIONALLY OMITTED |
| 69 | | | | | INTENTIONALLY OMITTED |
| 70 | | | | | INTENTIONALLY OMITTED |
| 71 | | | | | INTENTIONALLY OMITTED |
| 72 | | 8/5/20 | | ✓ | Email from McKinney to Meldrum RE Contracting (fraud) |
| 73 | | | | | INTENTIONALLY OMITTED |
| 74 | | | | | INTENTIONALLY OMITTED |
| 75 | | 8/3/20 | X | ✓ | Email from Tibbits to McKinney RE: Conctracting (Ambetter AR) |
| 76 | | 8/3/20 | X | ✓ | Email from Tibbits to Shrader RE: Contracting (Ambetter AR) |

Page  3  of  7  Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST - CONTINUATION**

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC

V. ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC. et al.

CASE NUMBER: 4:17-cv-00492

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | 8/3/20 | X | ✓ | Email from McKinney to Tibbits cc: Meldrum RE: Contracting (Ambetter AR) |
| 78 | | | | | INTENTIONALLY OMITTED |
| 79 | | | | | INTENTIONALLY OMITTED |
| 80 | | | | | INTENTIONALLY OMITTED |
| 81 | | | | | INTENTIONALLY OMITTED |
| 82 | | | | | INTENTIONALLY OMITTED |
| 83 | | | | | Novasys Financial Statements 2015-2016 |
| 84 | | | | | Celtic 2016 MLR |
| 85 | | | | | INTENTIONALLY OMITTED |
| 86 | | 8/3/20 | X | ✓ | Insurance Card 2017 |
| 87 | | | | | INTENTIONALLY OMITTED |
| 88 | | 8/3/20 | X | ✓ | Policy & Procedure - Non-Par Payment Policy - Emergency Services |
| 89 | | | | | Email from Tibbits to Capps RE: Arkansas Eds 338, 2137, 2175, 4578, 7979) - Eff |
| 90 | | | | | Email from Tibbits to Shrader RE: Magnolia Question |
| 91 | | 8/3/20 | X | ✓ | Email from Tibbits to Shrader RE: Emailing |
| 92 | | 8/3/20 | X | ✓ | Email from McKinney to Kelly McArthur Re: Team Health |
| 93 | | | | | INTENTIONALLY OMITTED |
| 94 | | | | | INTENTIONALLY OMITTED |
| 95 | | | | | INTENTIONALLY OMITTED |
| 96 | | | | | INTENTIONALLY OMITTED |
| 97 | | | | | INTENTIONALLY OMITTED |
| 98 | | | | | INTENTIONALLY OMITTED |
| 99 | | | | | INTENTIONALLY OMITTED |
| 100 | | 8/3/20 | X | ✓ | Email from Bristow to Shrader RE: Budget question |
| 101 | | | | | INTENTIONALLY OMITTED |
| 102 | | | | | Centene 2017 10K |
| 103 | | | | | INTENTIONALLY OMITTED |

Page 4 of 7 Pages

AO 187A (Rev. 7/87)        EXHIBIT AND WITNESS LIST - CONTINUATION

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC   v.   ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC. et al.   CASE NUMBER: 4:17-cv-00492

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | INTENTIONALLY OMITTED |
| 105 | | | | | Celtic 2017 MLR |
| 106 | | | | | INTENTIONALLY OMITTED |
| 107 | | | | | INTENTIONALLY OMITTED |
| 108 | | 8/3/20 | | X ✓ | Insurance Card 2018 |
| 109 | | | | | Celtic Rate Change Request Summaries 2018 |
| 110 | | | | | Celtic Rate Change Request Summaries Non-CSR 2018 |
| 111 | | 8/3/20 | | X ✓ | Healthcare Financial Services Revenue Management |
| 112 | | | | | Email from Grisham to Tibbits RE: Agreement & CIN Agreement |
| 113 | | | | | Centene 2018 10K |
| 114 | | | | | INTENTIONALLY OMITTED |
| 115 | | | | | INTENTIONALLY OMITTED |
| 116 | | | | | Novasys Financial Statements 2017-2018 |
| 117 | | | | | Arkansas Health & Wellness Health Plan, Inc. - Annual Statement for the Year End |
| 118 | | | | | Celtic Insurance Company - Annual Statement Ending 12/31/2018 |
| 119 | | | | | Celtic Rate Change Request Summaries 2019 |
| 120 | | | | | eHealthInsurance Webpage |
| 121 | | | | | Centene 2019 10K |
| 122 | | | | | Celtic 2018 MLR |
| 123 | | | | | INTENTIONALLY OMITTED |
| 124 | | | | | INTENTIONALLY OMITTED |
| 125 | | 8/3/20 | | X ✓ | Provider Manual |
| 126 | | | | | INTENTIONALLY OMITTED |
| 127 | | | | | INTENTIONALLY OMITTED |
| 128 | | | | | INTENTIONALLY OMITTED |
| 129 | | 8/3/20 | | X ✓ | Qualchoice Network Change Webpage |
| 130 | | | | | Managed Care Department Procedure Manual |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST - CONTINUATION**

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC
V.
ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC., et al.

CASE NUMBER: 4:17-cv-00492

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 131 | | 8/6/20 | | ✓ | Disputed claims spreadsheet |
| 132 | | | | | Commercial payers spreadsheet |
| 133 | | 8/6/20 | | ✓ | Disputed claims spreadsheet |
| 134 | | | | | Commercial payers spreadsheet |
| 135 | | | | | INTENTIONALLY OMITTED |
| 136 | | | | | INTENTIONALLY OMITTED |
| 137 | | | | | Spreadsheet of Novasys Claims |
| 138 | | 8/4/20 | | ✓ | Ambetter EOB and EOP Documents |
| 139 | | 8/4/20 | | ✓ | Correspondence from Meldrum to SE Emergency Physicians |
| 140 | | | | | Novasys Health, Inc. Financial Statements December 31, 2019 and 2018 |
| 141 | | | | | INTENTIONALLY OMITTED |
| 142 | | | | | Management Agreement between Arkansas Health & Wellness Health Plan, Inc. ar |
| 143 | | 8/4/20 | | ✓ | 2019 Member Handbook |
| 144 | | | | | Median Participating Provider Rates |
| 145 | | 8/3/20 | | X ✓ | Policy & Procedure - Non-Par Payment Policy - Emergency Services |
| 146 | | | | | Organizational Meeting of the Board of Directors of Arkansas Health & Wellness, Inc. Held by Unanimous Written Consent |
| 147 | | | | | Record of Action by Unanimous Consent in Lieu of Special Meeting of the Board of Directors of Arkansas Health & Wellness Health Plan, Inc. |
| 148 | | 8/3/20 | | X ✓ | Email from Meldrum to Hackbart RE Copy of NOVASYS HEALTH PLAN ALCOA#58745.xlsx |
| 149 | | | | | INTENTIONALLY OMITTED |
| 150 | | | | | INTENTIONALLY OMITTED |
| 151 | | | | | INTENTIONALLY OMITTED |
| 152 | | | | | INTENTIONALLY OMITTED |
| 153 | | | | | Fee Schedule (Charge Master) Process |
| 154 | | 8/3/20 | | X ✓ | Rate File Spreadsheet |
| 155 | | | | | Commercial CPT Detail |
| 156 | | | | | Ambetter Arkansas Claims Spreadsheet |
| 157 | | | | | Ambetter Arkansas Claims Spreadsheet |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST - CONTINUATION**

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC    V.    ARKANSAS HEALTH & WELLNESS HEALTH PLAN, INC., et al.

CASE NUMBER: 4:17-cv-00492

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 158 | | | | | INTENTIONALLY OMITTED |
| 159 | | | | | INTENTIONALLY OMITTED |
| 160 | | | | | INTENTIONALLY OMITTED |
| 161 | | | | | INTENTIONALLY OMITTED |
| 162 | | | | | CMS ED coding 2028 |
| 163 | | | | | 2017 ECP Network Adequacy Template |
| 168 | | 8/18/20 | | ✓ | Video deposition transcript - Heather Kibler |