

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

| Southeastern Emergency Physicians LLC | V. | Arkansas Health & Wellness Plan, Inc. et al. | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: 4:17-CV-000492 BSM |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | John Zavitsanos et al. | Lyn P. Pruitt et al. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 3-7, 2020 | Suzanne McKennon | Raeanne Gardner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 08/03/20 | 1 | Yes ✓ | LOA Between TeamHealth and NovaSys Health (CELTIC001966) |
| | 2 | 08/03/20 | 2 | Yes ✓ | Email Chain Regarding NovaSys LOA (CELTIC035742) |
| | 3 | 8/4/20 | 3 | ✓ | Letter from NovaSys Health Regarding Exchange Product (CELTIC002144) |
| | 4 | 08/03/20 | 4 | Yes ✓ | Email Chain Regarding NovaSys Health (SE3821) |
| | 5 | 08/03/20 | 5 | Yes ✓ | Email Chain Regarding Exchange Product (CELTIC7592) |
| | 6 | 8/7/20 | 6 | ✓ | Email Chain Regarding Exchange Product (SE3801) |
| | 7 | 08/03/20 | 7 | Yes ✓ | Email Chain Regarding Exchange Product (CELTIC7593) |
| | 8 | 08/03/20 | 8 | Yes ✓ | NovaSys Access Services Agreement - Celtic/NovaSys (CELTIC003295) |
| | 9 | 08/03/20 | 9 | Yes ✓ | Non-Par Payment Policy (CELTIC001396) |
| | 10 | 08/03/20 | 10 | Yes ✓ | Email Chain Regarding Ambetter Arkansas (SE0534) |
| | 11 | 08/03/20 | 11 | Yes ✓ | Email Chain Regarding Payor 9 (SE3786) |
| | 12 | 08/03/20 | 12 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE0741) |
| | 13 | 08/03/20 | 13 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE0635) |
| | 14 | 08/03/20 | 14 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE0729) |
| | 15 | 08/03/20 | 15 | Yes ✓ | Email Chain Regarding Ambetter Contracting (CELTIC002039) |
| | 16 | 08/03/20 | 16 | Yes ✓ | Email Chain Regrading Mid-Level Providers (SE01766) |
| | 17 | 08/03/20 | 17 | Yes ✓ | Email Chain Regarding Ambetter Contracting (CELTIC002135) |
| | 18 | 08/03/20 | 18 | Yes ✓ | Email Chain Regarding Ambetter Contracting (CELTIC001999) |
| | 19 | 08/03/20 | 19 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE0833) |
| | 20 | 08/03/20 | 20 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE0535) |
| | 21 | 08/03/20 | 21 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE0793) |
| | 22 | 08/03/20 | 22 | Yes ✓ | Email Chain Regarding Ambetter Contracting (SE801) |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 1 87A (Rev. 7/87)    EXHIBIT AND WITNESS LIST - CONTINUATION

Southeastern Emergency Physicians LLC    V.    Arkansas Health & Wellness Plan, Inc. et al.    CASE NUMBER: 4:17-CV-000492 BSM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | 23 | | Non-Par Payment Policy - Emergency Services (CELTIC001404) |
| | 24 | 8/5/20 | 24 | ✓ | Email Chain Regarding Ambetter Contracting (CELTIC001960) |
| | 25 | 8/5/20 | 25 | ✓ | Email Chain Regarding Ambetter Contracting (SE0010) |
| | 26 | 8/5/20 | 26 | ✓ | Email Chain Regarding Ambetter Contracting (SE0770) |
| | 27 | 8/5/20 | 27 | ✓ | Email Chain Regarding Ambetter Contracting (CELTIC001984) |
| | 28 | | 28 | | Complaint Filed August 2, 2017 (DKT. NO. 1) |
| | 29 | 8/5/20 | 29 | ✓ | Email Chain Regarding Budget Question (SE0568) |
| | 30 | 08/03/20 | 30 | Yes ✓ | Evidence of Coverage (CELTIC000386) |
| | 31 | 8/5/20 | 31 | ✓ | Letter from AH&W Regarding Medicare Advantage Product (SE0553) |
| | 32 | | 32 | | Amended Complaint Filed February 22, 2019 (DKT NO. 48) |
| | 33 | 08/03/20 | 33 | Yes ✓ | Ambetter ID Card (CELTIC002160) |
| | 34 | 08/03/20 | 34 | Yes ✓ | Rate File Spreadsheet (SE00193) |
| | 35 | | 35 | | Health Insurance Claim Form 1500 (DEP. Ex. 59) |
| | 36 | | 36 | | TeamHealth Organizational Chart (SE005794) |
| | 37 | | 37 | | O'Brien Upcoding Evidence and Records Referenced Therein (DKT NO. 204) |
| | 38 | | 38 | | Independent Contractor Agreement (SE007496) |
| | 39 | | 39 | | Independent Contractor Agreement (SE006835) |
| | 40 | | 40 | | Independent Contractor Agreement (SE006823) |
| | 41 | 8/18/20 | 41 | ✓ | Video deposition transcript - Heather Kibler |

Page 2 of 2 Pages