FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 18 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## VERDICT FORM

Complete this form by answering he following questions.

1. Did plaintiff Southeastern Emergency Physicians, LLC prove by a preponderance of the evidence the September 2011 contract [Plaintiff's Exhibit 1] applies to Ambetter policy holders?

    _____Yes_____
    Yes or No

If you answered yes to question 1, then you must answer question 2. If you answered no to question 1, then your service is complete. Have the foreperson sign and turn in the verdict form.

2. We find plaintiff Southeastern Emergency Physicians, LLC's damages to be:

    $ 9,426,487

    _____
    Foreperson

    Dated: 8-18-2020