FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 8 2020

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SOUTHEASTERN EMERGENCY                              PLAINTIFF
PHYSICIANS, LLC

v.                        CASE NO. 4:17-CV-00492 BSM

ARKANSAS HEALTH &                                   DEFENDANT
WELLNESS HEALTH PLAN, INC., *et al.*

## CERTIFICATE OF RECEIPT

Defendant's exhibits received into evidence during the jury trial of this matter returned to counsel for defendant on this 18th day of August 2020.

Received by _____Lyn Pruitt_____