IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SOUTHEASTERN EMERGENCY
PHYSICIANS, LLC                                                              PLAINTIFF

v.                              CASE NO. 4:17-CV-00492 BSM

ARKANSAS HEALTH &
WELLNESS HEALTH PLAN, INC., *et al.*                         DEFENDANTS

## MOTION FOR ENTRY OF JUDGMENT

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, plaintiff Southeastern Emergency Physicians, LLC ("SE Physicians") moves for entry of judgment in its favor and for grounds, states:

1. On August 18, 2020, the jury entered verdict in favor of SE Physicians and awarded it $9,426,487 in compensatory damages.

2. Now is the time for judgment, which should include all of the relief to which SE Physicians is entitled. *See* Fed. R. Civ. P. 54(c).

3. For the reasons set forth in the accompanying Brief in Support of Motion for Entry of Judgment, SE Physicians is entitled to Judgment against Defendants in the total amount of $14,109,730.54, such amount comprised of the following:

   a. Compensatory damages in the amount of $9,426,487;

   b. Attorneys' fees in the amount of $1,721,789.90 for work through trial and post-trial, but prior to any appeals;

   c. Conditional award of attorneys' fees for an appeal to the Eight Circuit in the amount of $110,000;

   d. Conditional award of attorneys' fees for briefing related to a writ to the United States Supreme Court in the amount of $44,000;

2184032-v1

       e.      Expenses in the amount of $453,852.55;

       f.      Interest on the compensatory damages in the amount of $2,316,811 through August 27, 2020;

       g.      Daily interest on the compensatory damages in the amount of $2,919.21 per day from August 28, 2020 forward until such claims are paid in full;

       h.      Costs in the amount of $36,790.09; and

       i.      Post-judgment interest as allowed by law on the attorneys' fees, expenses and taxable costs awarded as part of the final judgment.

4.    In support of this motion, SE Physicians relies upon its Brief in Support and the following:

       a.      Exhibit A, a summary of the fees, expenses, costs, and interest sought in this matter;

       b.      Exhibit B, the affidavit of Judy Henry, including materials related to Wright, Lindsey & Jennings LLP, that firm's billing records, and billing records for EconOne;

       c.      Exhibit C, the declaration of Eric J.R. Nichols, including materials related to Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC and that firm's billing records;

       d.      Exhibit D, the declaration of Jeffrey Travis, including materials related to Hanshaw Kennedy Hafen, LLP and that firm's billing records;

       e.      Exhibit E, the declaration of Kent Bristow, including client expense records and billing records of two firms for which no fees are sought; and

       f.      Exhibit F, the verified bill of costs of Judy Henry.

WHEREFORE, plaintiff SE Physicians prays for the entry of judgment awarding it the relief set forth above and all other relief to which it is entitled.

Respectfully submitted,

| | |
|---|---|
| WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201<br>Telephone: 501.371.0808<br>Facsimile:  501.376.9442<br>Email:   jhenry@wlj.com<br>            mthompson@wlj.com<br>            bdrennon@wlj.com<br>            jmoss@wlj.com<br><br>By: <u>Judy S. Henry</u><br>Judy Simmons Henry (84069)<br>Michael A. Thompson (2010146)<br>Baxter D. Drennon (2010147)<br>Jaimie G. Moss (2012228)<br><br>HANSHAW KENNEDY HAFEN, LLP<br>1415 Legacy Drive, Suite 350<br>Frisco, TX 75034<br>Telephone: 972.310.6500<br>Email: cdk@hanshawkennedy.com<br><br>Collin D. Kennedy<br>(*Pro Hac Admission*)<br><br>*Attorneys for Southeastern Emergency Physicians, LLC* | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, PC<br>1221 McKinney, Suite 2500<br>Houston, TX 77010<br>Telephone:713.655.1101<br>Email:  zavitsanos@azalaw.com<br>           leyendecker@azalaw.com<br>           mkillingsworth@azalaw.com<br><br>John Zavitsanos<br>P. Kevin Leyendecker<br>Michael Killingsworth<br>(*Pro Hac Admission*) |