**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SOUTHEASTERN EMERGENCY PHYSICIANS LLC**                                 **PLAINTIFF**

**v.**                                 **CASE NO. 4:17-CV-00492-BSM**

**CELTIC INSURANCE COMPANY d/b/a ARKANSAS**
**HEALTH & WELLNESS INSURANCE COMPANY;**
**NOVASYS HEALTH, INC.; and**
**CENTENE CORPORATION**                                 **DEFENDANTS**

---

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

---

Defendants Celtic Insurance Company d/b/a Arkansas Health & Wellness Insurance Company; NovaSys Health, Inc.; and Centene Corporation (collectively, "Defendants") respectfully renew their request for judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure.[1]  In support of that request, Defendants rely on the arguments and authorities in the accompanying brief.

Since the Court has yet to enter judgment in the present case, Defendants reserve their right to again renew the motion for judgment as a matter of law and/or move for a new trial as permitted by Rule 59, should judgment be entered.

---

[1] As with Defendants' original Rule 50 request for judgment for a matter of law, Defendants incorporate by reference the arguments and authorities in their summary judgment briefing and supplemental briefing.

Dated:  September 15, 2020                Respectfully submitted,

Lyn P. Pruitt (Ark. Bar No. 84121)
Graham Talley (Ark. Bar No. 2015159)
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, PLLC**
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
lpruitt@mwlaw.com
gtalley@mwlaw.com

**AND**

Steven M. Cady (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
scady@wc.com

**AND**

C. David Goerisch, (Ark. Bar No. 95283)
R. Bradley Ziegler, (admitted *pro hac vice*)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056
dgoerisch@lewisrice.com
bziegler@lewisrice.com

*Attorneys for Defendants Celtic Insurance*
*Company d/b/a Arkansas Health & Wellness*
*Insurance Company; NovaSys Health, Inc.; and*
*Centene Corporation*