IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **SOUTHEASTERN EMERGENCY** | **PLAINTIFF** |
| **PHYSICIANS, LLC** | |
| | |
| **v.**       **CASE NO. 4:17-CV-00492-BSM** | |
| | |
| **ARKANSAS HEALTH &** | |
| **WELLNESS HEALTH PLAN, INC.,** *et al.* | **DEFENDANTS** |

## JUDGMENT

Pursuant to the verdict returned by the jury on August 18, 2020, following seven days of trial, judgment is entered in favor of Southeastern Emergency Physicians, LLC and against Arkansas Health & Wellness Insurance Company, Novasys Health, Inc., and Centene Corporation in the amount of $9,426,487.

SEP's request for attorneys' fees [Doc. No. 306] is granted in the amount of $1,230,863.50, and the request for costs is granted in the amount of $46,448.96. Attorneys' fees and costs are awarded from the date of the filing of the second amended complaint on December 19, 2019, *see* Doc. No. 95, until the filing of the motion for entry of judgment on August 8, 2020, *see* Doc. No. 306. SEP is being awarded fees and costs for its breach of contract claim, which was first alleged in the second amended complaint, and it is not being awarded fees and costs for the time spent pursuing the claims upon which it was not successful.

The motion to unseal the July 27, 2020 order [Doc. No. 309] is denied.

Defendants' renewed motion for judgment as a matter of law [Doc. No. 313] is denied.

IT IS SO ORDERED this 28th day of September, 2020

_____
UNITED STATES DISTRICT JUDGE