IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SOUTHEASTERN EMERGENCY**                              **PLAINTIFF**
**PHYSICIANS, LLC**

v.                **CASE NO. 4:17-CV-00492-BSM**

**ARKANSAS HEALTH &**
**WELLNESS HEALTH PLAN, INC.,** *et al.*            **DEFENDANTS**

## ORDER

The joint motion to dismiss and return appeal bond to defendants [Doc. No. 338] is granted. Pursuant to the notice of settlement, this case is dismissed with prejudice. The stay of execution of judgment pending appeal is lifted because the appeal has been dismissed Doc. No. 336. According, the clerk's office is directed to return the appeal bond in the amount of $10,703,799.46 to defendant Centene Management Co. LLC.

IT IS SO ORDERED this 4th day of November, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE